IN THE CIRCUIT COURT OF LAWRENCE COUNTY, ARKANSAS
CIVIL DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary Moore Stiny



Plaintiff

Vs.  No. CV-2016-74

RENA POWELL WOOD AND
THE FIRST NATIONAL BANK OF
LAWRENCE COUNTY a/k/a FIRST NATIONAL
BANK OF LAWRENCE COUNTY

Defendants

## ORDER DENYING DEFENDANT
## RENA POWELL WOOD'S MOTION TO DISMISS

On this 13th day of March, 2017, comes on to be heard, Defendant Rena Powell Wood's Motion to Dismiss. Plaintiff, Centennial Bank, Guardian of the Estate of Mary Moore Stiny, appears by and through its attorneys, Lyons & Cone, P.L.C. Defendant Rena Powell Wood appears by and through her attorney, Martin Lilly. Based upon the record, pleadings filed herein, arguments and statements of counsel and other matters and things before the Court, the Court doth finds as follows:

1. That the Court has jurisdiction and venue is proper herein.

2. That the Court denies Defendant Rena Powell Wood' Motion to Dismiss.

IT IS SO ORDERED.

_____
Circuit Judge

23/316

APPROVED BY:

_____
Martin E. Lilly,
Attorney for Defendant, Rena Powell Wood


LYONS & CONE, P.L.C.

By:_____
Jim Lyons,
Attorneys for Plaintiff, Centennial Bank,
Guardian of the Estate of Mary Moore Stiny


F:\WP60\STINY\order.civil.case.mot.2.dismiss.wpd