# IN THE CIRCUIT COURT OF LAWRENCE COUNTY, ARKANSAS
## CIVIL DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary Moore Stiny

                              Plaintiff

Vs.                                      No. CV-2016-74

RENA POWELL WOOD

                              Defendants

## ORDER ON MOTION TO COMPEL

On this 5th day of June, 2017, comes on to be heard, Plaintiff's, Centennial Bank, Guardian of the Estate of Mary Moore Stiny, Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents and Brief in Support Thereof as to Defendant, Rena Powell Wood (the "Motion"). Based on the Motion, Response and Reply arguments of counsel and other things and matters before the Court, the Court finds:

1. That responses shall be made to all material and relevant discovery.

2. That the responses shall be made to any and all discovery requests which in any way whatsoever could lead to any relevant matter in this case.

3. That complete responses to the discovery requests shall be provided to Plaintiff within three (3) weeks of the date of this hearing.

4. That the date responses shall be due is June 27, 2017.

IT IS SO ORDERED.

                                                               Circuit Judge