IN THE CIRCUIT COURT OF LAWRENCE COUNTY, ARKANSAS
CIVIL DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary Moore Stiny

                                    Plaintiff

Vs.                                                         No. CV-2016-74

RENA POWELL WOOD

                                    Defendant

## ORDER

On this 17th day of July, 2017, comes on to be heard, Defendant's Motion to Continue the Jury Trial of this matter. Based on the Motion, arguments of counsel and other things and matters before the Court, the Court finds as follows:

1. That Mary Moore Stiny moved to Arkansas and continues to reside in Arkansas.

2. That Mary Moore Stiny moved assets at issue in this matter to Arkansas.

3. That Mary Moore Stiny and other beneficiaries of the Stiny Trust are residents of the State of Arkansas.

4. That as a result, this Court has jurisdiction as to all issues raised in this matter, including jurisdiction over the Stiny Trust.

5. That the jury trial is continued and this Court will reset this matter for trial by separate order.

IT IS SO ORDERED.

_____
Circuit Judge

23/425