IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary
Moore Stiny                                                      PLAINTIFF

v.                          No. 3:17-cv-226-DPM

RENA WOOD, also known as
Rena Wood Powell                                                 DEFENDANT

IN THE MATTER OF THE
GUARDIANSHIP OF MARY MOORE
STINY, an incapacitated person

No. 3:17-cv-227-DPM

ORDER

1. Everyone agrees that the loans on the California apartment complexes need to be refinanced immediately. But the parties divide over who should handle these matters. The parties' positions are contained in № 22 and № 21 in case No. 3:17-cv-226-DPM and in № 34 and № 35 in case No. 3:17-cv-227-DPM.

2. The Court appoints Rena Wood as the temporary and limited-purpose trustee for the Elijah G. and Mary M. Stiny Trust, created 4 October

-1-

2000 and amended on various dates thereafter, and any related Survivor's Trust, Exemption Trust, and Marital Trust created pursuant to Article 5 of the original Trust.

3. This temporary and limited-purpose trusteeship shall last until 7 November 2017.

4. Wood's trusteeship, moreover, is subject to an important limitation: Wood must immediately provide Centennial Bank with all details about all refinancing options that have been received or that are received; Centennial Bank has the right to approve or disapprove the refinancing option ultimately chosen by Wood; and if the parties cannot agree on the best deal overall, then they must present the dispute to the Court.

5. Wood's authority as temporary and limited-purpose trustee covers the apartment complex at 555 East Olive Avenue, Burbank, California, and the apartment complex at 563 East Verdugo Avenue/321 Sixth Street, Burbank, California.

6. The parties' competing requests for various relief in the filings listed in paragraph 1 of this Order are granted in parted and denied in part as specified.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 September 2017