IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary
Moore Stiny                                                              PLAINTIFF

v.                              No. 3:17-cv-226-DPM

RENA WOOD                                                              DEFENDANT

IN THE MATTER OF THE
GUARDIANSHIP OF MARY MOORE
STINY, an incapacitated person

No. 3:17-cv-227-DPM

ORDER

1. The Court needs more information. The parties must work together to clarify the record. Please file a joint report attaching all Arkansas circuit court docket sheets by 18 September 2017. The parties must also file a joint report listing all Stiny trust-related documents, with the documents attached, by 25 September 2017. Last, the parties must file a joint report on the Tennessee case, with the docket sheet and all filings attached, by 29 September 2017. If the Tennessee docket sheet doesn't give a clean picture,

please list all the filings. In this joint report, please also advise the Court about trust dollars held by the Tennessee Court.

2. Centennial's second amended complaint, covering all disputed matters between the bank and Wood, is due by 13 October 2017.

3. To clean up the docket, *№ 9* in case No. 3:17-cv-226-DPM and *№ 18, 23, 27,* and *28* in case No. 3:17-cv-227-DPM are denied without prejudice. All disputed issues should be consolidated into amended pleadings starting with Centennial's second amended complaint in mid-October.

4. The Court reminds counsel that all future filings should be made solely in case No. 3:17-cv-226-DPM. This is the last Order that will be filed in both dockets until the cases are closed.

5. Carla Rogers Nadzam, Coleman Vassaur Taylor, and Mark Randall Johnson are listed as counsel of record but have not appeared in the current disputes. If any of them wants to stay on the case, he or she must file an entry of appearance by 18 September 2017. The Court will remove any non-appearing lawyer thereafter.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 September 2017