# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CENTENNIAL BANK,**
**Guardian of the Estate of Mary**
**Moore Stiny**                                                               **PLAINTIFF**

v.                                **No. 3:17-cv-226-DPM**

**RENA WOOD**                                             **DEFENDANT**

## ORDER

**1.** The unopposed motion, № 32, is granted.

**2.** The Court authorizes Rena Wood to pay two re-financing-related expenses from Stiny Trust funds held by the Chancery Court of Trousdale County, Tennessee:

- $ 36,810 to StanCorp Mortgage Investors
- $ 2,000 to Sunrise Mortgage & Investment Co.

The first is a good faith deposit, while the second is a closing/inspection fee. Wood must file supporting documents about both of these expenses by 6 October 2017.

**3.** The Court also authorizes deposit with the Clerk of this Court the balance of all Stiny Trust funds now held by the Chancery Court of Trousdale County, Tennessee.

**4.** In future circumstances of this kind, and where practicable, the Court would appreciate a joint motion, with supporting documents, and a bit of lead time.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2017