IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK, Guardian of the Estate
of Mary Moore Stiny, an Incapacitated Person

                                  Plaintiff

Vs.                                                                    No. 3:17-cv-00226 DPM

RENA WOOD, also known as
Rena Wood Powell

                                  Defendant

**AGREED ORDER**

THIS MATTER having come before the Court upon the agreement of the parties set forth as follows:

1.     Rena Wood as Temporary and limited purpose trustee for the Elijah G. And Mary M. Stiny Trust for the purpose of refinancing the trust's real property in Burbank, California can execute checks in amounts of $17,900.00 payable to Stan Corp Mortgage Investors, LLC (Olive Street property), $18,910.00 to Stan Corp Mortgage Investors, LLC (Park Verdugo) and $2,000.00 (Sixth Street) to Sunrise Mortgage and Investment Co. to be applied to the refinance of trust property.

2.     Checks for the refinance can come from the property management company in Los Angeles, California.

IT IS THEREFORE ORDERED THAT this matter is resolved pursuant to the terms and conditions set forth above.

Entered this 26th day of October, 2017.

_____
D. P. Marshall Jr.
United States District Judge

APPROVED:

_____
Jim Lyons
Lyons & Cone, PLC
P. O. Box 7044
Jonesboro, AR 72403-7044

_____
Martin Lilly
The Lilly Law Firm
2400 E. Highland Dr. #3000
Jonesboro, AR 72403