# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary
Moore Stiny                                                          PLAINTIFF

v.                              No. 3:17-cv-226-DPM

RENA WOOD                                                            DEFENDANT

## ORDER

**1.** Motion, № 38, granted as modified. The Court intended to set a thirty-day deadline for Wood's pleading but failed to do so. Answer and counter-claim due by 17 November 2017, in light of counsel's trip. Answer to counter-claim due thirty days after Wood files. These extended dates are so counsel have ample time to clarify and join the disputed issues.

**2.** The Court commends the parties and their counsel for their diligence in clarifying the record, working together, and filing their joint reports in a timely manner. Their hard work is noted and appreciated.

**3.** The Court directs the Clerk to update the docket: Rena Wood Powell is now Rena Wood.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 October 2017