# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of
Mary Moore Stiny                                                    PLAINTIFF

v.                          No. 3:17-cv-226-DPM

RENA WOOD                                                           DEFENDANT

## ORDER

1. Centennial's motion to transfer funds, № 43, is denied without prejudice. The structure created by the Tennessee Chancery Court seems solid, № 43 at 18–19. Centennial has made no contrary showing. This Court confirms and orders that no disbursement shall be made by Wood from Bank of America account No. xxxx-5307 without approval of this Court. Wood must provide a copy of this Order to Bank of America, and file notice of having done so, by 15 December 2017.

2. Centennial's amended motion to compel, № 48, is granted with directions. First, completing the refinancing was Wood's priority. The Court notes that the temporary/limited-purpose trusteeship to accomplish that goal expired in early November. № 26 at 2. Wood must file a status report by 15 December 2017. The Court appreciates the parties' continued cooperation on those issues. Second, Centennial Bank is entitled to the supplemental information outlined in counsel's

6 November 2017 letter. № *48 at 42–45*. Wood must provide all these supplements by 18 January 2018. This is a hard deadline, though it is sufficiently distant to get past the holidays and overcome the move-related challenges in gathering records.

3. The Court has not issued an Initial Scheduling Order or received a responding Rule 26(f) report. But the circumstances presented eliminate the need for both; the parties are deep in discovery, and there's no good reason to stop the forward momentum. A Final Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 December 2017