IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CENTENNIAL BANK,**
**Guardian of the Estate of Mary**
**Moore Stiny**  PLAINTIFF

v.  No. 3:17-cv-226-DPM

**RENA WOOD**  DEFENDANT

### ORDER

1. Wood's motion, № 61, is granted as modified. The Court needs a full merits response to № 57. Please file it by 7 March 2018.

2. The Court will hold a hearing on № 57 and № 59 in Jonesboro at 10:30 a.m. on Friday, 16 March 2018, in the small courtroom, which is room 319. The Court directs Rena Wood and Steve Baker (for Centennial) to appear at the hearing.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 February 2018