IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary
Moore Stiny                                                    PLAINTIFF

v.                          No. 3:17-cv-226-DPM

RENA WOOD                                                      DEFENDANT

ORDER

The Court grants the motion to clarify, № 69, its hearing Order, № 65. The March 16th hearing is for a one-hour argument on the pending motions, not for evidence. No party may call witnesses. The Court believes it has all material papers. If a party intends to argue from a paper not already in the record, then it must provide a copy to opposing counsel and the Court by 14 March 2018. The Court directed Baker and Wood to attend primarily so they could consult with, and assist, their lawyers. It is possible, though unlikely, that the Court will put one or both of them under oath to clarify some important fact. Except for that possibility, and any timely disclosed new exhibits, there will be no evidence received at the March 16th hearing.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 March 2018