# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CENTENNIAL BANK,**
Guardian of the Estate of Mary
Moore Stiny                                                                 **PLAINTIFF**

v.                                          No. 3:17-cv-226-DPM

**RENA WOOD**                                                               **DEFENDANT**

## ORDER

1. We're having a one-hour hearing tomorrow on the pending motions. Each side will have thirty minutes to argue. This is not an evidentiary hearing or the trial on the merits. Each side has already made voluminous filings, which the Court has done its best to review. The Court required each party to list the papers it planned to argue from by 14 March 2018, № 70. The Court did so to avoid surprises and because it thought there might be another document or two that one side or the other would want to argue from. Centennial listed twenty exhibits yesterday. Most appear to be new. It is a practical impossibility for counsel to use all these materials in thirty minutes or for the Court to digest them during the hearing. The Court intends to

hear argument, and rule from the bench, not take the motions under advisement. Counsel should plan their presentations accordingly.

2. The Court will disregard Wood's reply, № 71, though she may use the attachments in her argument tomorrow. The Rules don't allow a reply without the Court's permission. And this one is belated. In the future, though, any moving party may file a reply within seven calendar days of the response. Please keep any reply short, limited to true rebuttal. Centennial's motion to strike, № 72, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 March 2018