IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CENTENNIAL BANK,**
**Guardian of the Estate of**
**Mary Moore Stiny**                                    **PLAINTIFF**

v.                          **No. 3:17-cv-226-DPM**

**RENA WOOD**                                          **DEFENDANT**

## ORDER

1.    Wood's motion for attorney's fees, № *80*, is granted. The
Court authorizes Wood to pay Martin Lilly $5,812.50 from Bank of
America account No. xxxxx-5307. The Court authorizes Bank of
America to disburse the money from this account. This fee is paid
subject to reimbursement by Wood at the end of the case. *№ 79 at 4–5.*

2.    Centennial's motion, № *87*, is noted. The Court directs
counsel to *meet and confer in person* on these issues. Counsel must do so
before Wood responds. Her time to respond is therefore extended to
11 May 2018. In her response, Wood must explain where the parties
agree and disagree. Centennial may reply by 18 May 2018.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 April 2018