IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of
Mary Moore Stiny                                        PLAINTIFF

v.                      No. 3:17-cv-226-DPM

RENA WOOD                                               DEFENDANT

## ORDER

1. Joint report, № 89, noted. The Court appreciates counsel's continued collaboration.

2. Mrs. Stiny doesn't need a car. It's in the best interest of all concerned for the car to be sold. The Court authorizes Centennial Bank to do so, by public or private sale, in whatever manner is best suited to maximize the proceeds. The Bank must keep Wood informed. And it must report to the Court about the sale, expenses, and proceeds by 29 June 2018.

3. When the parties meet and confer about the house and caregiver issues, they must also address the tax returns. Please figure out the best way to promptly amend any returns that need amending. The Court understands the Bank's position on the allegedly improper payments to Wood. The tax treatment of those payments can't be

resolved, however, short of the decision on the merits. So any amendments on that basis must hang fire. The other tax-related issues seem amenable to correction now. We'll see.

4. The Court directs the Bank to keep Mrs. Stiny's personal property and effects securely stored. Distributing it among heirs, or selling it, has the potential to create more problems than it would solve.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2018