IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CENTENNIAL BANK,**
Guardian of the Estate of
Mary Moore Stiny                                                      PLAINTIFF

v.                             No. 3:17-cv-226-DPM

**RENA WOOD**                                                        DEFENDANT

## ORDER

Motion to quash, № 109, granted with directions. Wood must supplement her discovery responses by 15 June 2018 to include particulars about Smith. The discovery deadline is extended so that the parties can work out a mutually agreeable date to depose Tennen and Smith. Smith is a fact witness, not an expert.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 June 2018