# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CENTENNIAL BANK,**
Guardian of the Estate of
**Mary Moore Stiny**                                                      **PLAINTIFF**

v.                              No. 3:17-cv-226-DPM

**RENA WOOD**                                                              **DEFENDANT**

## ORDER

Motion, № 115, granted as modified. The Court appreciates the consolidated fee motion. It understands that some of the dates covered in the motion predate the Court's clarifying Orders about Darvish's role. And it notes that the California law issues are integral to the broader case. All material things considered, though, the Court must trim Darvish's fee a bit. The Court therefore approves a reasonable attorney's fee of $8,181.75 for Lilly and $16,250.00 for Darvish. Both fees should be paid out of the Bank of America account.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 July 2018