# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of
Mary Moore Stiny                                              PLAINTIFF

v.                       No. 3:17-cv-226-DPM

RENA WOOD                                                     DEFENDANT

## ORDER

1. Wood's motion to reconsider, № 122, is partly granted and partly denied.

2. Rule 59 doesn't apply because the Court hasn't entered Judgment. Until it does, the Court may reconsider any order, although doing so is disfavored because judicial resources are limited and the Court can't address every issue twice. Here, reconsideration is necessary. The Court jumped the gun. In March it authorized any moving party to reply within seven calendar days. № 77 at 2. But the Court ruled on this fee motion before Wood's time to reply expired, which was a mistake.

3. In light of the parties' new and expanded arguments, the Court modifies № 118 and increases the reasonable fee awarded to Darvish to $19,353.50. The $4,000.00 trim covers some routine tasks that could have, and should have, been done by Lilly. And it covers some

unnecessary work, such as the emergency motion to extend discovery. The importance of the California law issues in the case does not mean that Darvish should do most of the work in the case.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 July 2018