# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CENTENNIAL BANK,**
**Guardian of the Estate of**
**Mary Moore Stiny**                                                                PLAINTIFF

v.                              No. 3:17-cv-226-DPM

**RENA WOOD**                                                                       DEFENDANT

## ORDER

Centennial has informally advised the Court that it doesn't oppose Wood's motion to clarify, *№ 132*.  It's granted.  Bank of America must pay Darvish the following amounts from account No. xxxxx-5307:

- $4,525.00, pursuant to Order *№ 106*; and
- $3,103.50, pursuant to Order *№ 130*.

In the future, the Court will provide Bank of America a specific amount to avoid uncertainty.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2018