IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of
Mary Moore Stiny                                                    PLAINTIFF

v.                          No. 3:17-cv-226-DPM

RENA WOOD                                                           DEFENDANT

## ORDER

1. Status report, № 131, noted and appreciated. It's approved.

2. The Court has already authorized a retainer of $12,000.00 to Dean Fredgant from Bank of America account No. xxxxx-5307. № 129 at 1. To the extent that any additional authorization is necessary, the Court gives it: Bank of America is authorized to pay Dean Fredgant $12,000.00 from the Trust bank account.

3. Notwithstanding the Court's Order, № 106, its fall trial schedule will not permit it to hear all caregiver claims. The parties should agree on as many claims as possible. Status report due by 1 October 2018. If the parties can't find common ground on all the claims, then they may file a supplemental joint report that specifies their agreements and disagreements. This report should follow the structure of a discovery dispute report, as explained in the Scheduling Order, № 52 at 3. There's no need to file the records, № 83-4 & 83-5,

again. If necessary, the Court will hold a short hearing on any remaining claims at 1:30 p.m. on 13 November 2018 in Jonesboro.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2018