IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary
Moore Stiny                                                    PLAINTIFF

v.                          No. 3:17-cv-226-DPM

RENA WOOD                                                      DEFENDANT

## ORDER

Guardian's report of sale, № 135, appreciated and approved. The Court confirms the sale and authorizes Centennial Bank to execute and deliver a warranty deed conveying fee simple title in Lots 3 and 4, Block 68, Gibson-Boas First Addition to the Town of Hoxie, Arkansas, to Brooke Nicole Pinkus. File notice of delivery by 25 September 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 September 2018