IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of
Mary Moore Stiny                                          PLAINTIFF

v.                          No. 3:17-cv-226-DPM

RENA WOOD                                               DEFENDANT

## ORDER

For the reasons stated at the end of the telephone hearing, the
motion to quash, № 158, is denied, and the motion for a protective
order, № 160, is partly granted and partly denied: the production on
each subpoena is substantially narrowed as specified. And the Smith
production and deposition are sealed. A definitive ruling on the Smith-
related privilege issues is reserved pending the Court's review (if
necessary) on what is asked, answered, and produced. Joint report on
any such privilege dispute due by 16 November 2018.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

16 October 2018