# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CENTENNIAL BANK,**
**Guardian of the Estate of**
**Mary Moore Stiny**                                                **PLAINTIFF**

v.                                        **No. 3:17-cv-226-DPM**

**RENA WOOD**                                                      **DEFENDANT**

## ORDER

The Court notes Wood's belated response, № *168*, about money for Mrs. Stiny's care. In the spirit of open books, which the Court directed for the apartment-related income and expenses, the Court directs Centennial to provide Wood's lawyers an interim report on Mrs. Stiny's recent expenses, and recent income on guardianship assets held, by 16 November 2018.

So Ordered.

*W.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

29 October 2018