IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of
Mary Moore Stiny                                              PLAINTIFF

v.                      No. 3:17-cv-226-DPM

RENA WOOD                                                     DEFENDANT

ORDER

1. For the reasons stated on the record at the 13 November 2018 hearing, the Court approves all the remaining caregiver claims at the reduced hourly rate of $15.00:

- Helen Robins      $ 6,717.00
- Leslie Moore      $ 1,387.50
- Bev Moore         $ 40,752.43*
- Vernon Moore      $ 4,695.00
- Tom Moore         $ 15,960.00.

The total is $69,511.93. The Court directs the Clerk to pay that amount from the funds in the registry to Centennial Bank for distribution to the individuals listed. Joint report, № 152, addressed.

---

* This claim includes $598.93 for food and supplies.

2. At the hearing, the parties agreed that Centennial Bank needed more money to pay for Mrs. Stiny's care. The Court directs the Clerk to pay $100,000.00 from the registry to Centennial Bank for this purpose.

3. The Court has confirmed with the Clerk that all previously ordered payments have been processed. The Court was mistaken: checks are still used. But they are issued from Kansas City. The checks, as the saying goes, are in the mail. They have been sent to the bank in care of Mr. Lyons.

4. After all these disbursements, $508,293.34 remains in the registry.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2018