# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CENTENNIAL BANK,**
**Guardian of the Estate of**
**Mary Moore Stiny**                                                      PLAINTIFF

v.                              No. 3:17-cv-226-DPM

**RENA WOOD**                                                            DEFENDANT

## ORDER

**1.** Counts I, IV, V, and VII of Centennial's second amended complaint, № 37, are dismissed without prejudice.  Counts II, III, VI, VIII, and IX will go to trial on 10 December 2018.

**2.** For the reasons stated on the record at the 26 November 2018 hearing, the Court made the following rulings on the evidentiary issues:

- Centennial's motions *in limine*, № 169 & 174, are partly granted and partly denied, with caveats;

- Centennial's motion to take judicial notice, № 176, is granted on the two caregiver orders and otherwise denied.  The Court will give a limiting instruction; and

- Wood's motion *in limine*, № 171, is partly granted and partly denied, with caveats.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 November 2018