IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of
Mary Moore Stiny                                                    PLAINTIFF

v.                          No. 3:17-cv-226-DPM

RENA WOOD                                                           DEFENDANT

## ORDER

For the reasons stated on the record at the 11 December 2018 hearing, Wood's second motion *in limine*, № 253, is denied with instructions about the Bank's examination of Rena Wood.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*11 December 2018*