# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CENTENNIAL BANK,**
**Guardian of the Estate of**
**Mary Moore Stiny**                                                **PLAINTIFF**

v.                                    **No. 3:17-cv-226-DPM**

**RENA WOOD**                                                      **DEFENDANT**

## ORDER

**1.** Robins's motion for attorney's fees as guardian of Mrs. Stiny's person, *№ 184*, is granted. The $175 hourly rate is reasonable. For three years, Robins's lawyer has been in the middle of this contentious family dispute about Mrs. Stiny's care and assets. He hasn't been paid for his work. The Court has considered whether a small reduction is warranted, based on the inevitable inefficiencies that are apparent on evaluation of any human effort in hindsight. But, the delay in payment and one caveat makes it a wash. All material things considered, $25,156.25 for the 143.75 hours spent through 1 November 2018, and for the time spent from then through the December 2018 trial, is a reasonable total fee.

**2.** The Court directs Centennial Bank to pay Mark R. Johnson, attorney for Helen Robins as guardian of Mrs. Stiny's person, $25,156.25.

**3.** The Court directs the Clerk of Court to pay Centennial Bank · $25,156.25 from the funds held in the registry to replenish the guardianship account.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_21 December 2018_