IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of
Mary Moore Stiny                                              PLAINTIFF

v.                          No. 3:17-cv-226-DPM

RENA WOOD                                                     DEFENDANT

## ORDER

1. Wood's unopposed motion for attorney's fees, № 278, is mostly granted and partly denied.

2. Lilly's fees and his expenses are reasonable. The Court directs Bank of America to pay Lilly Law Firm $66,611.58 from account No. xxxxx-5307.

3. On the Darvish Firm fees and expenses: First, the Court notes and approves the unbilled time of the second lawyer related to the Smith and Tennan depositions. Second, the Court was glad to meet Mrs. Darvish; and she was of course welcome to attend the trial. But the Court did not authorize her attendance. No showing, moreover, has been made (at trial or after) that Wood needed three lawyers. Therefore, $16,615.40 ($15,450.00 in Joanna Darvish fees and $1,165.40 for her expenses) will be deducted from the request. Third, the Court reduces the request by fifty hours ($18,750.00). This redaction covers

inefficiencies and redundancies, which often occur in big cases, but which should not be borne by the client. The Court directs Bank of America to pay The Darvish Firm $168,343.42 from account No. xxxxx-5307 for a reasonable fee and expenses.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 January 2019