# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | | |
|---|---|---|
| **CENTENNIAL BANK,**<br>**Guardian of the Estate of**<br>**Mary Moore Stiny** | | **PLAINTIFF** |
| v. | No. 3:17-cv-226-DPM | |
| **RENA WOOD** | | **DEFENDANT** |

**IN THE MATTER OF THE**
**GUARDIANSHIP OF MARY MOORE**
**STINY, an incapacitated person**

No. 3:17-cv-227-DPM

## ORDER

The Court consolidated these cases after removal, directing that all future filings would be in the lead case, No. 3:17-cv-226-DPM. № 20. The Court recently filed its Judgment on Centennial Bank's second amended complaint. This Judgment resolved the issues originally in No. 3:17-cv-226-DPM, subject to the Court's continuing jurisdiction on trust administration and collateral issues, but not the issues in No. 3:17-cv-227-DPM, which concern the guardianship of Mrs. Stiny's estate and the guardianship of her person. The Clerk filed the Judgment in both cases pursuant to standard practice. Though consolidated, the cases remain separate, at least for purposes of

entering judgment and appellate rights. *Hall v. Hall*, 138 S. Ct. 1118, 1130–31 (2018). The Court therefore vacates the Judgment, № 43, in case No. 3:17-cv-227-DPM. The Judgment, № 295, in case No. 3:17-cv-226-DPM, remains in place.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2019