# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary
Moore Stiny                                                                    PLAINTIFF

v.                                      No. 3:17-cv-226-DPM

RENA WOOD                                                                       DEFENDANT

## ORDER

**1.** Condolences.

**2.** Wood's unopposed motion, № *304*, is granted. The Court directs Bank of America to pay $25,000 from account No. xxxxx-5307 to Martin E. Lilly, attorney at law. Lilly must deposit the money in his trust account, use it to pay medical expenses for Mary Moore Stiny's last illness and her funeral expenses, and account to the Court for all payments in due course.

**3.** In their 14 June 2019 joint report, № *303*, the parties should cover the new issues: ending the guardianships, opening a probate estate in Lawrence County Circuit Court, and the effect of Mrs. Stiny's death on trust-related issues.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 June 2019