# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary
Moore Stiny                                                              PLAINTIFF

v.                              No. 3:17-cv-226-DPM

RENA WOOD                                                                DEFENDANT

## ORDER

Motion, № 310, granted. Funeral expenses approved. Deposit of advance into Trust account approved. The Court appreciates Mr. Lilly's handling of these matters.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 July 2019