IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary
Moore Stiny                                                    PLAINTIFF

v.                          No. 3:17-cv-226-DPM

RENA WOOD                                                      DEFENDANT

## ORDER

1. Status report from Wood, № 319, appreciated. Centennial Bank has turned over all the guardianship assets to Wood, the personal representative of Mrs. Stiny's estate. The Court therefore discharges Centennial Bank as guardian of the estate of Mary Moore Stiny.

2. The Court orders Bank of America to pay Rena Wood $3,937.50 from account No. xxxx5307. This payment resolves Wood's request for reimbursement of trust-related litigation fees, both as to Larry McCredy in particular and across the board.

3. Petition from co-trustees, № 320, noted.

4. The Court approves reimbursement of the bond fee. The Court orders Bank of America to make the $500 payment from account No. xxxx5307 in the name of the "Survivor's Trust Under the Elijah G. and Mary Moore Stiny Trust" to "The Perkins Law Firm, P.A."

**5.** The Court further orders Bank of America to pay $5,000 to "SLBiggs" from account No. xxxx5307, as the retainer for tax-related services.

**6.** The joint checking account for the survivor's trust is a good idea to make trust administration smoother. As the co-trustees note, the $25,000 limit on expenditures without court approval and the unanimity requirement apply. The Court therefore approves the proposal. The Court orders Bank of America to issue a check for $100,000 payable to "G.S. Brant Perkins and Rena Wood, Co-Trustees of the Elijah G. and Mary M. Stiny Trust – Survivor's Trust." Perkins and Wood should open the joint checking account as planned, and advise the Court about implementation in their next status report.

**7.** The Court directs the Clerk to send Perkins three certified copies of this Order to assist in implementing it with Bank of America and whatever bank the co-trustees decide to use for the checking account.

**8.** Status report due from co-trustees by 1 November 2019 on these issues:

- The new checking account;
- Tax returns, *№ 309 at ¶ 11*;
- Notice to potential beneficiaries, *№ 309 at ¶ 11*; and
- Linder & Associates — status of apartments and current operating account balance.

9. For the co-trustees' information, the current amount in the Court's registry is $262,409.86.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2019