# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | | |
|---|---|---|
| **CENTENNIAL BANK,** **Guardian of the Estate of Mary Moore Stiny** | | **PLAINTIFF** |
| v. | No. 3:17-cv-226-DPM | |
| **RENA WOOD** | | **DEFENDANT** |

**IN THE MATTER OF THE GUARDIANSHIP OF MARY MOORE STINY, an incapacitated person**

**No. 3:17-cv-227-DPM**

## ORDER

**1.** Status report from Perkins and Wood, № 322, appreciated.

**2.** The 2018 federal and state tax returns for the Exemption Trust and Survivor's Trust* have been filed. Good. Report on any filed amendments due by 6 January 2020.

**3.** The Court appreciates the good progress on notice to qualified beneficiaries and interested parties. Report on service on the rest of them due by 6 January 2020.

---

* The report says "Marital" rather than "Survivor's," № 322 at ¶ 4, but the Court assumes this is a typographical error given the dormancy of the marital sub-trust.

**4.** The Court appreciates the monthly reports from Linder & Associates. Further monthly reports due 6 January 2020. The Court directs Linder & Associates, working through Wood and Perkins, to deposit any funds in the Chase Bank operating account in excess of $250,000 in Regions Bank account No. xxxx4646.

**5.** Perkins's request for attorney's fees, *№ 322 at 3*, is granted. His fees and costs are reasonable. He and Wood may pay Perkins's firm $25,162.46 in attorney's fees and costs from Regions Bank account No. xxxx4646.

**6.** Wood's motion for attorney's fees, *№ 323*, is granted. Lilly's and Darvish's fees and expenses are reasonable. The Court authorizes Wood and Perkins to pay Lilly Law Firm $7,000 and the Darvish Firm $24,206.25 from Regions Bank account No. xxxx4646.

**7.** For the co-trustees' information, the current amount in the Court's registry is still $262,409.86.

**8.** The Court has reconsidered how best to manage this case and the related one, *Robins v. Wood*, No. 3:17-cv-227-DPM (E.D. Ark. 2017). The two cases have run their course. Judgment was entered in this case on the Centennial Bank/Wood dispute many months ago. *№ 295*. No timely appeal was taken. The other case concerned guardianships of Mrs. Stiny and her estate; her death, and the Court's responding Orders, resolved all those matters. No timely appeal was taken. To conform the docket to the substance of the remaining issues, the Court

therefore directs the Clerk to take five steps: file this Order in this case and 3:17-cv-227; administratively close 3:17-cv-227; open a new case, styled *In re Elijah and Mary Stiny Trusts*; mark 3:17-cv-226 and 3:17-cv-227 as cases related to the new one; and associate the following attorneys with the new case—Elan Darvish, Martin Emmett Lilly, and G.S. Brant Perkins. Key orders from those two cases will be available as landmarks as needed in the new case. All new entries must be filed under the new case and docket number.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 December 2019